F. L. Batchelder, *Plaintiff in Error*, vs. Florida Invest-
ment Service, Inc., *Defendant in Error*.
138 So. 475.
En Banc.
Opinion filed December 11, 1931.

*Cook, Blanchard & Hoffman*, Attorneys for F. L.
Batchelder;

*Booth & Dickinson*, Attorneys for Florida Investment
Service, Inc.

Davis, Commissioner:—This cause having heretofore
been submitted to the court upon the transcript of the
record of the judgment herein and briefs and argument of
counsel for the respective parties, we have examined the
record and find that the questions raised are analogous to
those raised in the case of Prestman vs. Batchelder, de-
cided at this term; so the judgment of the lower court is
reversed on authority of that case.

Per Curiam.—The record in this cause having been con-
sidered by the Court, and the foregoing opinion prepared
under Chapter 14553, Acts of 1929, adopted by the Court
as its opinion, it is considered, ordered and adjudged by
the Court that the judgment of the court below be, and
the same is hereby, reversed for appropriate proceedings.

Buford, C.J. and Whitfield, Ellis, Terrell and Davis,
J.J., concur.